FRANK K. ROBINSON, Appellant, *v.* ESTHER A. AVERY et al., Respondents.

*Robinson* v. *Avery*, 182 App. Div. 912, appeal dismissed.
(Submitted October 7, 1918; decided October 15, 1918.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 30, 1918, *unanimously* affirming a judgment in favor of defendants entered upon a decision of the court on trial at Special Term in an action to foreclose a mortgage.

The motion was made upon the ground that an appeal

did not lie as of right to the Court of Appeals and that permission to appeal had not been obtained.

*Glenn W. Fox* for motion.

*Frank Miller* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.